**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  Case No.: 3:10-cr-209-J-34TEM

PHILLIP ANTHONY AIKEN

_____

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**<u>NOTICE OF SENTENCING</u>**

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Dkt. No. 49) entered by the Honorable Thomas E. Morris, United States Magistrate Judge, to which the fourteen day objection period was waived, and accepts Defendant's plea of guilty to Count One of the Indictment, and Defendant is adjudged guilty of such offense.

**SENTENCING** for the Defendant is hereby scheduled for **Monday, May 9, 2011, at 11:00 a.m.** before the undersigned in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida 32202.  **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.  However, notwithstanding this provision, pursuant to 18 U.S.C. § 3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN FIVE (5) BUSINESS DAYS PRIOR TO THE DATE OF SENTENCING.</u>

**NOTE:** **<u>Photo identification is required to enter the United States Courthouse.  Cellular telephones and laptop computers are prohibited in the Courthouse.</u>**

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of February, 2011.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
Asst. U. S. Attorney (Heavener)
Noel G. Lawrence, Esquire
United States Marshals Service
United States Probation Office
United States Pretrial Services